Marcus B. Smith, Esq. (Bar No. 14790)
Marcus Smith Law, LLC
201 West Tabernacle Street
St. George, Utah 84770
Email: marcus.bret.smith@gmail.com
Telephone: (385) 386-2950

*Attorney for Jason Behar*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
NORTHERN DIVISION**

| | |
|---|---|
| JASON BEHAR,<br><br>Plaintiff,<br><br>v.<br><br>CACHE COUNTY SHERIFF'S OFFICE, SHERIFF CHAD JENSEN, OFFICER T. HIGBEE, OFFICER M. HANSEN, AND OFFICER J. HOPKINS,<br><br>Defendants. | **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE (ECF NO. 24) AND NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THIRD CAUSE OF ACTION (ECF NO. 18)**<br><br>Case No. 1:25-cv-00019-DBB-DBP<br><br>Judge David Barlow<br>Magistrate Judge Dustin B. Pead |

Plaintiff Jason Behar, by and through counsel, submits this response to the Court's August 6, 2025 Order to Show Cause (ECF No. 24), and notice of non-opposition to Defendants' Motion to Dismiss Third Cause of Action (ECF No. 18).

Plaintiff respectfully informs the Court that he does not oppose Defendants' Motion to Dismiss (ECF No. 18), and further does not oppose the dismissal of Defendant Sheriff Chad Jensen as requested in that motion.

/ / /

/ / /

Accordingly, Plaintiff will not be filing a substantive opposition, and requests that the Court proceed to consider the motion without further briefing.

Dated: August 13, 2025.

Marcus Smith

MARCUS B. SMITH
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of August, 2025, a true and correct copy of the foregoing **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE (ECF NO. 24) AND NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THIRD CAUSE OF ACTION (ECF NO. 18)** was served via the Court's CM/ECF System, upon the following:

Gregory N. Hoole
HOOLE & KING LC
4276 S HIGHLAND DR
SALT LAKE CITY, UT 84124
(801)272-7556
Email: gregh@hooleking.com

*Attorney for Defendants*

*/s/ Marcus B. Smith*